1  William G. Miossi (*pro hac vice*)
   WMiossi@winston.com
2  WINSTON & STRAWN LLP
   1901 L Street, NW
3  Washington, DC 20036
   Telephone:     (202) 282-5000
4  Fax:           (202) 282-5100

5  Leandro F. Delgado (SBN 293738)
   LDelgado@winston.com
6  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
7  San Francisco, CA  94111-5840
   Telephone:     (415) 591-1000
8  Fax:           (415) 591-1400

9  Attorneys for Plaintiff
   SUNRISE OPERATIONS LLC
10 and Plaintiff and Counter-Defendant
   PASHA HAWAII HOLDINGS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PASHA HAWAII HOLDINGS LLC; and SUNRISE OPERATIONS LLC,<br><br>    Plaintiffs,<br>  v.<br><br>AMERICAN MARITIME OFFICERS; INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS; and DISTRICT NO. 1 – PACIFIC COAST DISTRICT, MEBA,<br><br>    Defendants. | **Case No. 3:20-cv-9439-MMC**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| AMERICAN MARITIME OFFICERS,<br><br>    Counter-Plaintiff,<br>  v.<br><br>PASHA HAWAII HOLDINGS LLC,<br>    Counter-Defendant. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. 'Ohana Holding Company LLC.
2. SR Holdings LLC.
3. The Pasha Group.

Dated: February 22, 2021

WINSTON & STRAWN LLP

By: */s/ William G. Miossi*

William G. Miossi (*pro hac vice*)
WMiossi@winston.com
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5000
Fax:         (202) 282-5100

Attorneys for Plaintiff
SUNRISE OPERATIONS LLC
and Plaintiff and Counter-Defendant
PASHA HAWAII HOLDINGS LLC